**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983**

RECEIVED

JUN - 9 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**UNITED STATES DISTRICT COURT**
Western _____ **DISTRICTRICT OF LOUISIANA**
ALEXANDRIA DIVISION

Jamison D. Harvey, 707640
**Full name of Plaintiff, Prisoner Number**

Civil Action No. ___1:17-CV-0754  Sec P___

Ouachita Correctional Cen.   Captain Campbell   Asst. Warden Orlan Davidson

Warden Pat Johnson   LaSalle Correctional Cen.   Dept. of Corrections

Detective Murphy   Warden Chris Frederick   _____
**Full Name of Defendant(s)**

**COMPLAINT**

## I.  Previous Lawsuits

A.  Have you begun any other lawsuits while incarcerated or detained in any facility?
Yes_____    No__✓__

B.  If your answer to the preceding question is yes, provide the following information

1.  State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish ):

_____

_____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs:  _____

Defendants:  _____

3.  Docket number(s): _____

4.  Date(s) on which each lawsuit was filed: _____

5.  Disposition and date thereof [For example, was the case dismissed and when?  Was it appealed and by whom (plaintiff or defendant)?  Is the case still pending?]:

_____

1.

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____        No___✓___

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   A.   **Name of institution and address of the current place of confinement:**

_L.C.C., 15976 Hwy 165, Olla, LA 71465_____

B.   Is there a prison grievance procedure in this institution?
Yes___✓___        No_____

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes___✓___        No_____
If Yes, what is the Administrative Remedy Procedure number? ___N/A_____

2.  If you did not file an administrative grievance, explain why you have not done so.

_Reference IV, attachment 1. ARPs filed did not have_

_a number. Some were not filed due to fear of reprisal._

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections:  did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections?  For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_The ARP in IV, (E) was likely destroyed. All others_

_have gone unanswered by Warden and O.O.C._

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

A. Name of Plaintiff _Jamison Daniel Harvey_
   (Home) 398 Forty Oaks Farm Rd, West Monroe, LA 71291
   Address (Current)#33325, 15976 Hwy 165, Olla, LA 71465

B. Defendant, _Chris Frederick_____, is employed as

   _Warden_____ at _LaSalle Correctional Center_.

   Defendant, _Orlan Davidson_____, is employed as

   _Assistant Warden_ at _LaSalle Correctional Center_.

   Defendant, _Pat Johnson_____, is employed as

   _Warden_____ at _Ouachita Correctional Center_

   Additional defendants _Detective Murphy at O.C.C., Captain_
   _Campbell at O.C.C., Ouachita Correctional Center, LaSalle_
   _Correctional Center, Department of Corrections_

IV. **Statement of Claim**

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Please reference attachment #1 for complete details.

(A). Sexual assault at O.C.C.-Monroe, LA

(B). Informed O.C.C. of (A), Murphy/Campbell interview

(C). ARP sent to D.O.C. regarding (A) and (B) - unanswered

(D). Illegal search and seizure at L.C.C.-Urania, LA

(E). Report (D) threatened for following procedure

(F). Report threats and P.R.E.A. violations-nothing done

(G). Interference with legal correspondence

3.

(H). Second illegal search and seizure at L.C.C.

(I). Second ARP to D.O.C. regarding (D), (E), and (F) – unanswered as well

**V.     Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Enforcement of law to gain compliance so this does not happen again, release from duty the offenders named, facilities fined, and monetary compensation for continued pain and suffering.

**VI.     Plaintiff's Declaration**

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B.  I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 17 **day of** May , 2017.

707640

**Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**

4.

Jamison D. Harvey, 707640                                    Attachment #1, pg. 1

IV. (A). I was sentenced on September 7th, 2016 and detained at Ouachita Correctional Center in Monroe, LA from that date to November 21st, 2016. During my time there I was sexually assaulted by pretrial inmates Jaquarrius Cooper and Ernest Baker while in Pod 7, cell A. Most of these instances occurred in the first thirty days - exact dates are not in my possession but are in letters sent to my wife, Hali Harvey. I was never educated on the A.R.P. or grievance process until a week before I left O.C.C. on 11/21/16 hence why one was never filed. In addition, I witnessed victims punished by being placed in isolation for making reports of any sort. I feared my situation becoming worse.

(B). During the week of 11/21/16 I wrote Warden Johnson at O.C.C. detailing the above events, including many others, telling him I wanted to press charges on the aforementioned inmates. On or about December 7th, 2016 a Detective Murphy and Captain Campbell were sent to LaSalle Correctional Center - my new place of detainment - to interview me on this matter. The interview began with unrelated questions then transitioned to the matter at hand. They asked me to describe the events that occurred as specifically as possible which I did. Campbell asked why I was in jail, I told him Attempted Possession of Pornography Involving Juveniles. Both acted shocked at my sentencing being only one year. Murphy began interrogating my personal life, stating he was surprised my wife stayed with me then leading into statements saying I should be labeled a sexual predator in jail instead of a victim. The conversation returned to them explaining the differences between sexual assault, battery, and rape. My story clearly showed evidence of assault per the legal definition but they discounted it, saying it does not count.

Jamison D. Harvey, 707640                                    Attachment #1, pg. 2

IV. (B). (cont') When asked why it does not count, Murphy stated a degree of such behavior is expected in jail and no judge will care and will treat it as heresay only. I asked him, "So if I were a woman would this be any different?" He stated, "Yes, but you're not. The system is corrupt and there's nothing we can do."

(C). I completed and mailed an A.R.P. to the Department of Corrections in Baton Rouge on 12/19/16 detailing parts A and B. To this date I have not heard back. The form provided did not have an A.R.P. number.

(D). I was detained at LaSalle Correctional Center from 11/21/16 through 4/11/17 and again 5/9/17 to current. I was denied my property the day I arrived but was given it the following day. My property was searched without me present as evidenced by other inmate's property being mixed with mine. I noticed ten stamped envelopes and two pens were missing. When addressed, the two guards (names unknown) told me they must have kicked it under the printer and gave me one pen to replace my two and told me there's nothing they could do about the stamps and I'll just have to write an A.R.P.

(E) I wrote an A.R.P. (again, unnumbered) and submitted it on 11/23/16 in the grievance box here at L.C.C. It was answered on 12/5/16. I spoke with Assistant Warden Davidson where he stated I had two options; accept his offer of ten stamped envelopes and one pen, or he will investigate the matter and it'll turn up nothing. I accepted the envelopes and he stated if this happens again he'll throw me in isolation

(F). On 12/19/16 I reported threats of violence against me, shivs being made, and drug use. On 3/5,9,13/17 I reported Cortez Gaines an Dimitri Rosenberg making sexual advances on me both verbally and

Jamison O. Harvey, 707640                                    Attachment #1, pg. 3

IV. (F). (con't) physically-exposing themselves and asking me to partici-
pate. These reports went unanswered.
(G). During my time in dorm E at L.C.C. from 11/21/16 to 4/11/17 the
Warden would turn off the phones as punishment during normal
daytime hours. On 2/23/17 I was to call my lawyer at precisely
10AM but was unable to do so. When informed of the need to make the
call and they were breaking the law by interfering with legal corres-
pondence they ignored me and left the phones off until 3PM.
(H). I was transferred to Caldwell Correctional Center from 4/11/17
to 5/9/17 when I was transferred back to L.C.C. The same event
as in part D occurred - my property was detained for 24 hours, searched
without me present, and had items missing (book, pencil sharpener).
(I) I filed an A.R.P. with D.O.C. on 4/12/17 regarding parts D,E,F
at L.C.C. I waited until I was no longer in their custody due to
fear for my personal safety if L.C.C. were to become aware of the
A.R.P. Every A.R.P. and grievance I've been given has not been
numbered. This A.R.P. has not been answered either.

                                            Attachment #2


I am currently confined at L.C.C. under Warden Chris Frederick.
I fear he may retaliate against me once this suit is filed and
wanted to ask if 1). something can be done to prevent this, and
2). if this conflict of interest warrants me being transferred
that I be transferred to Caldwell C.C. or Richwood C.C. to
avoid being too far from my primary supports in Monroe,
LA. Thank you to whomever reads this.

RECEIVED

JUN - 9 2017

Jamison Harvey 707640    TONY R. MOORE, CLERK    Attachment #3, p. 4
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IV. (Addendum) On May 31, 2017 at LaSalle Correctional a fight broke out in the cafeteria before half the dorm had been served. I had not been given a tray yet when the guard on duty maced the whole room. We were laid down in the hall then placed back in the dorm where another group fight immediately occurred. Again we were made to lay face down, then zip-tied one by one with our hands behind our backs, then led outside to the yard. This was a little before 2PM. We remained out there until a little before 4PM. While outside we were made to sit. There was not enough covered area for everyone and the entire yard was covered in fire ants. When informed, they said, "That's your punishment for fighting, deal with it." A large number of us asked for water and though they would not explicitly deny it, it was never allowed. Chris Frederick even made an appearance but would only ignore us. Once inside and cut free, we were yet again denied water or the permission get our cups filled until another hour had passed (5PM). A number of us asked about lunch during this three hour period and were repeatedly told, "We're going to feed you, you just have to hang on." We were never fed lunch and were only served two meals on this day in addition to being denied water while detained in the sun. Since that day I've been told they do not have any grievances. On 6/4/17 I was finally given a grievance form by another inmate. I submitted it 6/5/17. The grievance was responded to on 6/6/17. Was returned based on multiple complaints, it was unanswered.