RECEIVED

JAN 22 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| JAMISON D. HARVEY | CIVIL ACTION NO. 17-0754 |
| -vs- | JUDGE DRELL |
| PAT JOHNSON, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

This case is hereby transferred to Judge James T. Trimble, Jr. for disposition.

SIGNED on this _____ day of January, 2018, at Alexandria, Louisiana.

DEE D. DRELL,  JUDGE
UNITED STATES DISTRICT COURT