RECEIVED
JAN 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMISON D. HARVEY (#707640), Plaintiff | CIVIL ACTION NO. 1:17-CV-754-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| PAT JOHNSON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's § 1983 complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of January, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE